IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-00735-PAB-MJW

VICTOR VASQUEZ,

Plaintiff,

v.

FIRST TRANSIT,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Motion for Stay under Fed. R. Civ. P. 25(a) (Docket No. 58) is GRANTED.  It is further ORDERED that:

- All proceedings in this case are STAYED until further order of court; and

- Counsel for Plaintiff shall file a status report on or before November 15, 2015, advising the Court of the current status of the case, including (1) a position on whether Plaintiff's claims are extinguished; (2) if so, the status of efforts to substitute a proper party; and (3) whether counsel will continue to represent the substitute plaintiff.

- Pursuant to Fed. R. Civ. P. 25(a)(1), any motion to substitute a proper party as plaintiff shall be filed on or before December 8, 2015.

- Defendant's Motion to Dismiss Under Fed. R. Civ. P. 12(b)(6) is DENIED WITHOUT PREJUDICE.  Defendant may renew the motion, if necessary, after a substitute plaintiff has entered an appearance.

Date: September 9, 2015