**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

Civil Action No.  15-cv-00735-PAB-MJW                    FTR - Courtroom A-502

**Date:**   May 14, 2015                                                Courtroom Deputy, Ellen E. Miller

               *Parties*                                                                    *Counsel*

VICTOR VASQUEZ,                                          Christina M. Huszcza

               Plaintiff(s),

v.

FIRST TRANSIT,                                              Michelle L. Rosendahl

               Defendant(s).

---

**COURTROOM MINUTES / MINUTE ORDER**

---

**HEARING:   MOTION   HEARING**
**Court in session:**    3:14 p.m.
Court calls case.  Appearances  of counsel.

The Court raises Attorney Christina M. Huszcza's Unopposed Motion to Withdraw as Counsel [Docket No. 61] for discussion.  It is not known if an estate has been opened as to deceased plaintiff Victor Vasquez.

Plaintiff's next of kin Patricia Ann Vasquez or another representative of Plaintiff's estate was ordered to appear for this hearing [Docket No. 64, filed September 28, 2015]  to advise the Court of whether or not she/he intends to pursue the claims in this case.   The time set for this Motion Hearing is 3:00 p.m.  The Court has waited to call the case to allow time for next of kin or estate representative of Victor Vasquez to appear as ordered.  No one appears to represent the deceased Plaintiff, other than Plaintiff's attorney.   No objections have been filed to Ms. Huszcza's Motion to Withdraw as Counsel.

With no objection from Defendant,

**It is ORDERED:**          Attorney Christina M. Huszcza's UNOPPOSED MOTION TO WITHDRAW AS COUNSEL [Docket No. **61**, filed September 28, 2015] is **GRANTED** for reasons as set forth on the record.  The Clerk of the Court is directed to remove Ms. Huszcza from electronic notice in this case.

**It is ORDERED:**          A **SHOW CAUSE HEARING** is set  **NOVEMBER 18, 2015 AT 10:30 a.m.** Mountain Time, in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. An ORDER TO SHOW CAUSE shall issue.

A copy of this Courtroom Minutes/Minute Order and the Order to Show Cause shall be sent to
Patricia Ann Vasquez
1131 Rosemary Street, Apt. 2
Denver, CO 80220.


HEARING CONCLUDES.

**Court in recess:**   3:21 p.m.
Total In-Court Time:   00:07